COMMONWEALTH of Kentucky,
Movant,

v.

John MARATTY, Respondent.

Supreme Court of Kentucky.

April 1, 1980.

On review from Court of Appeals
No. 79–CA–482–MR
(Shelby Circuit Court 78–CR–133).

Steven L. Beshear, Atty. Gen., Reid C. James, Asst. Atty. Gen., Frankfort, for Movant.

Jack Emory Farley, Public Advocate, Kevin Michael McNally, Asst. Public Advocate, Frankfort, for respondent.

OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered November 2, 1979, is reversed, and this proceeding is remanded to the Court of Appeals for trial upon those issues not previously considered and disposed of by the court. *Rudolph v. Commonwealth*, Ky., 564 S.W.2d 1 (1978), and *Commonwealth v. Blair*, Ky., 592 S.W.2d 132 (1979).

PALMORE, C. J., and AKER, CLAYTON, LUKOWSKY, STEPHENSON and STERNBERG, JJ., concur.

STEPHENS, J., not sitting.

Entered April 1, 1980.

/s/ John S. Palmore

Chief Justice

COMMONWEALTH of Kentucky,
Movant,

v.

Roderick Dennis BLINCOE, Respondent.

Supreme Court of Kentucky.

April 1, 1980.

On review from Court of Appeals
No. 79–CA–478–MR
(Shelby Circuit Court 78–CR–133).

Steven L. Beshear, Atty. Gen., Reid C. James, Asst. Atty. Gen., Frankfort, for movant.

Jack Emory Farley, Public Advocate, Donna Boyce Proctor, Asst. Public Advocate, Frankfort, for respondent.

OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered November 2, 1979, is reversed, and this proceeding is remanded to the Court of Appeals for trial upon those issues not previously considered and disposed of by the court. *Rudolph v. Commonwealth*, Ky., 564 S.W.2d 1 (1978), and *Commonwealth v. Blair*, Ky., 592 S.W.2d 132 (1979).

PALMORE, C. J., and AKER, CLAYTON, LUKOWSKY, STEPHENSON and STERNBERG, JJ., concur.

STEPHENS, J., not sitting.

Entered April 1, 1980.

/s/ John S. Palmore

Chief Justice